FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-1294
_____

AKILAH J. MCGANN,

    Appellant,

    v.

JECOMIAH WALKER,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Sean Brewer, Judge.

December 11, 2024

PER CURIAM.

Akilah J. McGann challenges two orders related to the custody of the minor children she shares with Jecomiah Walker. First, McGann argues that the trial court erred in entering a supplemental final judgment for modification of timesharing/parenting plan, which awarded Walker the majority of the timesharing. McGann has failed to attach the trial transcript that preceded the final judgment. We affirm the trial court's order because we cannot determine whether the trial court's judgment is without evidentiary support. *Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150, 1152 (Fla. 1979). Nor do we have jurisdiction to consider McGann's second claim— that the trial court improperly denied her motion to vacate. This claim challenges an order issued by the Ninth Circuit, a court outside our territorial jurisdiction. *See Miami-Dade Water &*

*Sewer Auth. v. Cormio,* 388 So. 2d 1238, 1244—45 (Fla. 1st DCA 1979) ("[T]he jurisdiction of each district court of appeal to hear appeals from other Article V courts is limited territorially to trial courts headquartered in counties and circuits within the appellate district established by law. Section 4(b)(1)."). We therefore dismiss that portion of McGann's appeal.

AFFIRMED in part, DISMISSED in part.

B.L. THOMAS, ROWE, and NORDBY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Akilah J. McGann, pro se, Appellant.

Jecomiah Walker, pro se, Appellee.